**Order filed December 14, 2015**



In The

# Fourteenth Court of Appeals

———————

NO. 14-15-00064-CR
NO. 14-15-00065-CR
NO. 14-15-00066-CR

———————

**WILLIAM  MARKS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Criminal Court at Law No. 7
Harris County, Texas
Trial Court Cause Nos. 1852392, 1852393, & 1852394**

## ORDER

The reporter's record in this case was filed August 19, 2015. *See* Tex. R. App. P. 35.1. According to correspondence received from appellant's counsel, appellant requested preparation of a hearing record on December 4, 2015. Appellant requested preparation of a hearing conducted on November 13, 2014, "that was presumably in consideration of the state's Motion to Amend the

Indictment." The record has not been filed with the court. Because the reporter's record has not been filed, we issue the following order.

We order Sandra Powell, the official court reporter, to file the record in this appeal on or before **December 29, 2015**.

Appellant's brief in this appeal was originally due September 18, 2015. This court granted extensions of time up to December 18, 2015. When we granted the last extension we noted that no further extensions would be entertained absent exceptional circumstances.

We order appellant's counsel Daucie Schindler to file a brief with the clerk of this court on or before **January 8, 2016**. If Daucie Schindler does not timely file the brief as ordered, the court may issue an order requiring appointment of new counsel.

PER CURIAM